# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Kiener Maschinenbau GmbH *vs.* Phyliss Bass    Appeal No. 25-13737-C

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. ***(Please type or print legibly)***:

Appellant hereby amends its Certificate of Interested Persons and Corporate Disclosure Statement (the "CIP") filed on

November 3, 2025 (Doc. No. 3). The Amended CIP is attached hereto as Exhibit "A".

Submitted by:

Signature: /s/ Adam E. Ekbom
Name: Adam E. Ekbom, Ga. Bar No. 919724      Prisoner # (if applicable): _____
Address: 699 Piedmont Avenue NE, Atlanta, Georgia 30308
Telephone #: (404) 564-9300

# EXHIBIT "A"

## APPELLANT'S AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, the undersigned counsel of record for Appellant provides an Amended Certificate of Interested Persons and Corporate Disclosures Statement showing the Court as follows:

Appellant hereby certifies that the following is a full and complete list of all interested persons as defined under the above-referenced rules that may have an interest in the outcome of this case:

Anderson, Carl, Jr. (Attorney for Kiener & LACOM in Bass Litigation)

Bass, Phyllis Ann, individually and as Executor of the Estate of Roy Glenn Bass (Deceased) (Creditor-Appellee (Appeals No. 25-13737-C and 25-13738-B) and Plaintiff in the Bass Litigation)

Calvert, Victoria M. Hon. (Judge, U.S. District Court for the Northern District of Georgia) (*Bass v. LACOM Gmbh, et al.*, Case No. 1:21-cv-00144-VMC (the "Bass Litigation")) [1]

Cavender, Jeffery W. Hon. (Judge, U.S. Bankruptcy Court for the Northern District of Georgia) (Kiener Chapter 15 Case No. 24-56470-JWC and LACOM Chapter 15 Case No. 24-56473-JWC )

Ekbom, Adam (Attorney for Kiener and LACOM)

---

[1] Currently, Kiener and LACOM are the only active defendants in the Bass Litigation. As of June 20, 2025, the following co-defendants have been dismissed from the Bass Litigation: Niaga, DSM-Niaga VOF, DSM North America, Inc., DSM Holding Company USA, Inc., DSM Coating Resins, Inc., DSM Coating Resins, B.V., Koninklijke DSM N.V., and Accurate Mechanical & Piping, Inc.

Estate of Roy Glenn Bass (Deceased) (Creditor-Appellee (Appeals No. 25-13737-C and 25-13738-B) and Plaintiff in Bass Litigation)

Fox, Warner (Attorney for Kiener & LACOM in Bass Litigation)

Geiwitz, Arndt (Insolvency Administrator and German court-appointed and authorized foreign representative for LACOM)

Hawkins Parnell & Young, LLP (Law firm for Kiener & LACOM in Bass Litigation)

The individual insolvency claimants in the Kiener and LACOM German Insolvency Proceedings[2]

Jones & Walden, LLC (Law firm for Kiener and LACOM)

Keith, C. Shane (Attorney for Kiener & LACOM in Bass Litigation)

Keller, Michael (Attorney for Plaintiffs in Bass Litigation)

Kiener Maschinenbau GmbH (Debtor in Foreign Proceeding-Appellant (Appeal No. 25-13737-C) and Defendant in Bass Litigation) ("Kiener")[3]

Kolba, Lindsay P. S. (Trial Attorney, Office of the United States Trustee)

LACOM Gmbh (Debtor in Foreign Proceeding-Appellate (Appeal No. 25-13738-B) and Defendant in Bass Litigation) ("LACOM")[4]

McBryan, LLC (Law firm for Appellees)

McBryan, Louis (Attorney for Appellees)

McCord, Cameron (Attorney for Kiener and LACOM)

---

[2] The individual insolvency claimants may have an interest in the outcome of this appeal. There are approximately one-thousand claimants who hold claims in these respective German Insolvency Proceedings. A list of claimants can be produced upon request of the Court.

[3] Kiener is the parent company of LACOM Gmbh. Kiener is an insolvent company which initiated an insolvency proceeding in Germany in May 2023 and is no longer operating. No publicly held corporation owns 10% or more of Kiener's stock.

[4] LACOM is fully-owned by Kiener. LACOM is an insolvent company which initiated an insolvency proceeding in Germany in May 2023 and is no longer operating. No publicly held corporation owns 10% or more of LACOM's stock.

Sadd, James (Attorney for Plaintiffs in Bass Litigation)

Slappey & Sadd, LLC (Law firm for Plaintiffs in Bass Litigation)

Thrash, Thomas W. Jr. Hon. (Judge, U.S. District Court for the Northern District of Georgia) (Kiener Bankruptcy Appeal Case No. 1:24-cv-04462-TWT and LACOM Bankruptcy Appeal Case No. 1:24-cv-04464-TWT)

Wharen, Patrick (Insolvency Administrator and German court-appointed and authorized foreign representative for Kiener)

Wieseman, Joseph (Attorney for Kiener & LACOM in Bass Litigation)

Respectfully submitted this 11th day of November, 2025.

**JONES & WALDEN LLC**

*/s/ Adam E. Ekbom*
Adam E. Ekbom
Georgia Bar No. 919724
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
AEkbom@joneswalden.com
Counsel for Appellant